# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**J&J SPORTS PRODUCTIONS, INC.**                                              PLAINTIFF

v.                            No. 4:14-cv-544-DPM

JOSE CONTERAS, a/k/a Jose Contreras, a/k/a
Jose Contrares, d/b/a Jose's Club Aces, and
JOSE'S NIGHT CLUB ACES, INC., d/b/a
Jose's Club Aces                                                              DEFENDANTS

## JUDGMENT

1. J&J Sports Productions, Inc.'s, claims against Jose's Night Club Aces, Inc., are dismissed without prejudice for lack of timely service.

2. J&J Sports Productions, Inc., shall have judgment against Jose Conteras for $13,740.00. This total includes:

| | |
|---|---|
| Damages | $12,000.00 |
| Costs | + $400.00 |
| Attorney's Fees | +$1,340.00 |
| Total | $13,740.00 |

Post-judgment interest will accrue at 0.27% per annum from today until this Judgment is paid in full. 28 U.S.C. § 1961(a)–(b).

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 July 2015